# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SCHOOL BOARD OF PALM BEACH COUNTY,**
Appellant,

v.

**RENAISSANCE CHARTER SCHOOL, INC.,**
Appellee.

No. 4D17-2539

[September 27, 2018]

Appeal and cross-appeal from the State of Florida, Division of Administrative Hearings; L.T. DOAH Case Nos. 16-5126 and 16-5157RX.

Sean Fahey, JulieAnn Rico and A. Denise Sagerholm of The School Board of Palm Beach County, Florida, Office of General Counsel, West Palm Beach, for appellant.

Stephanie Alexander and Edward J. Pozzuoli of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

*     *     *

***Not final until disposition of timely filed motion for rehearing.***